IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANK KELLY, <u>et al.</u>,**<br>    **Plaintiffs** | :<br>:   No. 1:20-cv-00257<br>: |
| **v.** | :   (Judge Kane)<br>: |
| **GREEN AIR MECHANICAL, LLC,**<br>    **Defendant** | :<br>:<br>: |

## ORDER

**AND NOW**, on this 4th day of November 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiffs' motion for default judgment (Doc. No. 10) is **GRANTED**;

2. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiffs and against Defendant in the amount of $96,112.65 representing delinquent benefit fund contributions, liquidated damages, and interest pursuant to 29 U.S.C. §§ 1132 and 1145 and the terms of the collective bargaining agreement; and

3. The Clerk of Court is directed to **CLOSE** the case.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
